JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/15/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANFIELD FUNDING, LLC, | Case No. CV 18-10067 FMO (JDEx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAGACIOUS SERVICES GROUP, LLC, et al. | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Defendants Sagacious Services Group, LLC and Marcel Gipson shall be jointly and severally liable to plaintiff Canfield Funding, LLC, for the total amount of $1,069,315.34, which is comprised of: (a) compensatory damages in the amount of $1,044,818.96; and (b) attorney's fees in the amount of $24,496.38.

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 15th day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge